AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 1:23-mj-250 |
| | ) Assigned To: Magistrate Judge Moxila A. Upadhyaya |
| Allan Jennings | ) Date Assigned: 9/11//2023 |
| DOB: XXXXXX | ) Description: Complaint with Arrest Warrant |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of _____Columbia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) and 2- | Civil Disorder; Aiding and Abetting, |
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4)- | Engaging in Physical Violence in a Restricted Building or Grounds, |
| 18 U.S.C. § 1361- | Destruction of Government Property |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____09/11/2023_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*