AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Allan Jennings | ) Case No. 1:23-mj-250 |
|  | ) Assigned To: Magistrate Judge Moxila A. Upadhyaya |
|  | ) Date Assigned: 9/11/2023 |
|  | ) Description: Complaint with Arrest Warrant |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Allan Jennings__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) and 2- Civil Disorder; Aiding and Abetting;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
18 U.S.C. § 1361- Destruction of Government Property

Date: 09/11/2023

*Issuing officer's signature*
Date: 2023.09.11 14:23:49 -04'00'

City and state: Washington, D.C.
Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 9/11/2023, and the person was arrested on (date) 9/12/2023
at (city and state) Hillsboro, TN.

Date: 9/12/2023

*Arresting officer's signature*
Jeremy S. Winbush, TFO/FBI
*Printed name and title*