Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: __24-cr-203__ |
| ) | |
| ) | |
| Allan Jennings ) | |
| ) | |
| ) | |

## WAIVER OF INDICTMENT

I, _____Allan Jennings_____, the above-named defendant, who is accused of

Civil Disorder, 18 U.S.C. 231(a)(3)
Destruction of Government Property, 18 U.S.C. 1361

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __June 21, 2024__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _Reggie B. Walton_     Date: _June 21, 2024_

United States District Judge