# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ALLAN JENNINGS, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 24-203 (RBW) |

## ORDER

The defendant is hereby advised through his attorney that he has fourteen days from the date of the issuance of this Order to appeal his conviction and sentence to the United States Court of Appeals for the District of Columbia Circuit. The defendant is further advised that if he cannot afford to pay for the filing of his notice of appeal or cannot afford to pay for the service of a lawyer to pursue his appeal, that these expenses will be paid by the Court.

**SO ORDERED** this 4th day of October, 2024.

REGGIE B. WALTON
United States District Court Judge